In The

# United States Court of Appeals
For The Eleventh Circuit

## SAVANNAH COLLEGE OF ART AND DESIGN, INC.,

*Plaintiff – Appellee,*

v.

## SPORTSWEAR, INC., d.b.a. PrepSportswear,

*Defendant – Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

---

ERRATA TO REPLY BRIEF OF APPELLANT

---

Arthur A. Gardner
GARDNER GROFF GREENWALD & VILLANUEVA, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
(770) 984-2300

Leslie C. Vander Griend *(Pro Hac Vice)*
Bradford J. Axel *(Pro Hac Vice)*
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
(206) 626-6000

*Counsel for Appellant*

*Counsel for Appellant*

**THE LEX GROUP** ♦ 1108 East Main Street ♦ Suite 1400 ♦ Richmond, VA 23219
(804) 644-4419 ♦ (800) 856-4419 ♦ Fax: (804) 644-3660 ♦ www.thelexgroup.com

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-1 and 26.1-3, Defendant-Appellant Sportswear, Inc. hereby certifies that the following persons and/or entities have an interest in the outcome of this case:

Axel, Bradford J.

Gardner, Arthur A.

Moore, Lisa F.

Pequignot, W. Andrew

Savannah College of Art and Design, Inc.

Sportswear, Inc. d/b/a Prep Sportswear

Thrash, Judge Thomas W.

Vander Griend, Leslie C.

Respectfully submitted this 20th day of August, 2019.

/s/ Arthur A. Gardner
Arthur A. Gardner, GA Bar No. 283,995
Email:   agardner@gardnergroff.com;
         litigation@gardnergroff.com
GARDNER GROFF GREENWALD
& VILLANUEVA, P.C.
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
Tel: (770) 984-2300
Fax: (770) 984-0098

Leslie C. Vander Griend, GA Bar No. 619,410;
WA Bar No. 28090

The Appellant notices the following Errata to the Reply Brief of Appellant filed August 20, 2019:

| Page: | Original: | Correct: |
|---|---|---|
| 17 | Doc. 4-1 | Doc. 40-1 |

Dated: August 20, 2019      Respectfully submitted,

By:   */s/ Arthur A. Gardner*
Arthur A. Gardner
GARDNER GROFF & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
(770) 984-2300
agardner@gardnergroff.com

*Attorney for Defendant-Appellant*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify under penalty of perjury under the laws of the state of Georgia that on the 20th day of August, 2019, I caused a true and correct copy of the foregoing document, "**ERRATA TO REPLY BRIEF OF APPELLANT**," on counsel of record by filing same with the Court via the Court's electronic filing system.

Lisa F. Moore
W. Andrew Pequignot
The Moore Firm, LLC
887 W. Marietta Street, Suite M-102
Atlanta, Georgia 30318
(678) 576-2031

*Counsel for Plaintiff-Appellee*

/s/ Arthur A. Gardner
Arthur A. Gardner
GARDNER GROFF & GREENWALD, PC
2018 Powers Ferry Road, Suite 800
Atlanta, Georgia 30339
(770) 984-2300
agardner@gardnergroff.com

*Attorney for Defendant-Appellant*